NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHELLE MILLER,**
*Petitioner*

**v.**

**DEPARTMENT OF COMMERCE,**
*Respondent*

---

2023-2436

---

Petition for review of the Merit Systems Protection Board in No. SF-0432-20-0165-I-2.

---

## ON MOTION

---

## O R D E R

Upon consideration of Michelle Miller's motion to voluntarily dismiss this petition for review and the parties' joint response as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All other pending motions are denied as moot.

(3)  Each party shall bear its own costs.

FOR THE COURT



August 28, 2024
       Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: August 28, 2024